IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIM. CASE NO.: |
| V. | ) | 1:23-CR-229-JPB-RDC |
| | ) | |
| REYNAUD CHANDLER, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTIONS**

Now Comes Reynaud Chandler, by and through undersigned counsel and hereby files *Defendant's Notice of Withdrawal of Motions*. In support we offer the following:

1. Mr. Chandler previously filed two motions which are entered under the docket as numbers 544, Defendant's motion to revoke or amend the order of detention, and Document 772, a motion for bond hearing due to urgent medical needs.

2. On September 29, 2025 Mr. Chandler accepted a negotiated plea agreement and pled guilty to one count of the indictment. Because Mr. Chandler has accepted responsibility for his actions, he is withdrawing his motions for bond.

1

3.	Though the motions are withdrawn, the health concerns remain. Currently a sleep study is scheduled and undersigned will update the Court as necessary regarding his medical needs which are still unresolved.

This 6th day of October, 2025.

                         Respectfully Submitted,

                         *Thomas C. Wooldridge*
                         Thomas C. Wooldridge
                         Attorney For Reynaud Chandler

Wooldridge Federal Defense Firm
1800 Peachtree Street NW
Suite 300
Atlanta, Georgia 30309
770.841.5252

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIM. CASE NO.: |
| V. | ) | 1:23-CR-229-JPB-RDC |
| | ) | |
| REYNAUD CHANDLER, | ) | |
| Defendant. | ) | |

## Certificate of Service

The preceding *Defendant's Notice of Withdrawal of Motions* has been filed using this District's .ecf system which automatically sends notice of the filing to opposing counsel AUSA John DeGenova.

This 6th day of October, 2025.

                                            Respectfully Submitted,

                                            *Thomas C. Wooldridge*
                                            Thomas C. Wooldridge
                                            Attorney For Reynaud Chandler

Wooldridge Federal Defense Firm
1800 Peachtree Street NW
Suite 300
Atlanta, Georgia 30309
770.841.5252