**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:23-cr-00229-JPB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Royce Algernon Cobb | Sell/Deposit |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2019 Mercedes Benz AMG GT 635
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nicholas L. Evert
Assistant United States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 15 2025
KEVIN P. WEIMER, CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please sell the 2019 Mercedes Benz AMG GT 635, VIN -- WDD7X8KB0KA008013, and deposit net proceeds.

23-DEA-704804

Signature of Attorney other Originator requesting service on behalf of:    [X] PLAINTIFF    [ ] DEFENDANT
TELEPHONE NUMBER: (404) 581-6000
DATE: 8/28/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 19 | 19 | Shelia Ratliff | 8/29/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 10/7/25    Time: 302 [✓] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Sold online $86,500.00

**RECEIVED**
By Northern District of Georgia at 12:06 pm, Aug 29, 2025

Form USM-285
Rev. 03/21