# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cr-00229-JPB-RDC
### USA v. Gudino-Amezcua et al
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 11/19/2025.

TIME COURT COMMENCED: 2:01 P.M.
TIME COURT CONCLUDED: 2:10 P.M.     TAPE NUMBER: Teams
TIME IN COURT: 00:09                DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [15]James Vereen NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Dwayne Brown representing USA |
| | John DeGenova representing USA |
| | L. Finlayson representing James Vereen |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#15-[787]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Pretrial Conference held. Defendant's Motion to Suppress Evidence (Doc. 787) is TAKEN UNDER ADVISEMENT. |
| HEARING STATUS: | Hearing Concluded |